IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADAM JOSEPH HUSCHKA,

    Plaintiff,

v.

ROCK COUNTY YOUTH
SERVICES CENTER and
MERCY HEALTH CLINIC,

    Defendants.

OPINION & ORDER

Case No. 19-cv-223-wmc

*Pro se* plaintiff Adam Joseph Huschka filed this lawsuit under 42 U.S.C. § 1983 against the Rock County Youth Services Center ("Center") and Mercy Health Clinic. On June 26, 2019, the court issued an order dismissing Huschka's complaint without prejudice, but giving him until July 17, 2019, to file an amended complaint that corrected the deficiencies the court identified in his complaint. (Dkt. #6.) The court warned Huschka that his failure to submit an amended complaint would cause the court to dismiss this case with prejudice for failure to prosecute. That deadline has passed, but Huschka has not filed a proposed amended complaint or communicated with the court in any manner suggesting that he intends to do so. Accordingly, the court is now dismissing this case for plaintiff's failure to state a claim upon which relief can be granted.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED with prejudice for failure to prosecute.

2. The clerk of court is directed to close this case.

Entered this 3rd day of October, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge