IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADAM JOSEPH HUSCHKA,

    Plaintiff,

  v.

Case No. 19-cv-223-wmc

ROCK COUNTY YOUTH SERVICES
CENTER and MERCY HEALTH
CLINIC,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 10/3/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |